<u>KENNETH WATKINS vs. USA</u>

Plaintiff's Ex.2

Extract from Department of VA Police Incident Report

Case # :   516 1R20180214-000261



DEPARTMENT OF VETERANS AFFAIRS POLICE
516 - C.W. BILL YOUNG VAMC - BAY PINES
10000 BAY PINES BLVD
BAY PINES, FL, 33744

Incident Report

Reported By:   MCKENNEY, MICHAEL A

| Incident Types/Label | Offender | Incident Disposition |
|---|---|---|
| INCIDENTS : 90C - DISORDERLY CONDUCT : LOUD- BOISTEROUS AND UNUSUAL NOISE | MAUGA, JASON RUSSELL (SUSPECT) | CLOSED |
| INCIDENTS : 90C - DISORDERLY CONDUCT : LOUD- BOISTEROUS AND UNUSUAL NOISE | WATKINS, KENNETH MARK (SUSPECT) | CLOSED |

| Report Disposition | Method of Reporting | |
|---|---|---|
| CLOSED | PHONE | |

| Incident Occurred Date | Incident Occurred End Date | Incident Discovered / Called In |
|---|---|---|
| 02/14/2018 at 1207 | 02/14/2018 at 1600 | 02/14/2018 at 1207 |

| Location | Specific Location |
|---|---|
| C.W. BILL YOUNG VA MEDICAL CENTER - BAY PINES : FACILITIES / UTILITIES / MAINTENANCE : PARKING LOT | LOADING AND UNLOADING AREA OF BUILDING 111 |

| Manager/Supervisor On Duty | Manager/Supervisor Notified |
|---|---|
| HORTON, THOMAS | YES |

**Report Synopsis/Overview**

VA Police were dispatched to building 111 parking area for a disturbance between multiple individuals, over a road rage parking incident. One suspect was transported to Bay Pines ED for superficial wounds to his thumb. Multiple witness statements were obtained. Parties then dispersed the property.

**List of supplemental reports**

Follow Up 516 1R20180214-000261_1
Follow Up 516 1R20180214-000261_2
Follow Up 516 1R20180214-000261_3
Follow Up 516 1R20180214-000261_4
Follow Up 516 1R20180214-000261_5

**List of contacts in this report**

| | REPORTING PERSON |
|---|---|
| MAUGA, JASON | SUSPECT |
| WATKINS, JEFFERY | SUSPECT |
| WATKINS, KENNETH | SUSPECT |
| GALE, ALAN | VICTIM |
| WATKINS, KENNETH | VICTIM |
| BROWN, SIDNEY | WITNESS |
| CAMPBELL, SHELDON | WITNESS |
| LUNA, GILBERT | WITNESS |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |

| Signature | Reviewed By/Date |
|---|---|
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

Case # :    S16 IR20180214-000261



| Contact # 1   (REPORTING PERSON) | | | |

**Full Name**

**Drivers License** | **Drivers LicenseState** | **Email Address**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 42 | 04/04/1975 | FEMALE | WHITE |
| Height | Weight | Hair Color | Eye Color |
| 5'09" | | BROWN | BROWN |
| Approx. Age | Demeanor | Build | Clothing |
| 45-54 | | MEDIUM BUILD | |
| Department | | Title | |

**Notes**
SEE INVESTIGATION

| Addresses | | | | | | |

| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
|---|---|---|---|---|---|---|
| City | State | Zip | Country | | | Address Type |
| | | | | | | HOME |
| Street Number | Street Direction | Street Name | | | Street Type | Apt./Suite |
| City | State | Zip | Country | | | Address Type |
| | | | | | | WORK |

| Phones : | |

| Contact # 2   (SUSPECT) | | | |

**Full Name**
JEFFERY PAUL WATKINS

**Drivers License** | **Drivers LicenseState** | **Email Address**

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 51 | 07/17/1966 | MALE | WHITE |
| Height | Weight | Hair Color | Eye Color |
| 5'11" | | BROWN | |
| Department | | Title | |
| | | | OUTSIDER |

| Prepared By: | | Submitted Date |
|---|---|---|
| MCKENNEY, MICHAEL A (MICHAEL.MCKENNEY@VA.GOV) | | 02/28/2018 1106 |
| Signature | Reviewed By/Date | |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 | |



**Case # :**   516 IR20180214-000261

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| 5515 | | 48TH | | AVENUE | |
| City | | State | Zip | Country | Address Type |
| KENNETH CITY | | FL | 33709 | | |

### Contact # 3   (SUSPECT)

| Full Name | | | |
|---|---|---|---|
| JASON RUSSELL MAUGA | | | |
| Drivers License | | Drivers LicenseState | Email Address |
| | | | |
| Age | Date of Birth | Gender | Race |
| 47 | 01/05/1971 | MALE | OTHER |
| Height | Weight | Hair Color | Eye Color |
| 5'10" | | BALD | |
| Department | | | Title |
| | | | INPATIENT |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| 345 | | SEABREEZE | | DRIVE | |
| City | | State | Zip | Country | Address Type |
| INDIALANTIC | | FL | 32903 | | |

| Phones : |
|---|
| (N/A) 9165214556 |

### Contact # 4   (SUSPECT)

| Full Name | | | |
|---|---|---|---|
| KENNETH MARK WATKINS | | | |
| Drivers License | | Drivers LicenseState | Email Address |
| | | | |
| Age | Date of Birth | Gender | Race |
| 54 | 06/14/1963 | MALE | WHITE |
| Height | Weight | Hair Color | Eye Color |
| 5'09" | | BROWN | |
| Department | | | Title |
| | | | OUTSIDER |

| Addresses |
|---|

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

Case # :  516 IR20180214-000261

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 5515 | | 48TH | | AVENUE | |
| City | State | Zip | Country | | Address Type |
| KENNETH CITY | FL | 33709 | | | |

### Contact # 5   (VICTIM)

**Full Name :**
ALAN WESLEY GALE

| Drivers License | | Drivers License State | Email Address |
|---|---|---|---|
| | | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 32 | 04/28/1985 | MALE | WHITE |
| Height | Weight | Hair Color | Eye Color |
| 6'04" | | BROWN | |
| Department | | Title | |
| | | VETERAN | |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 834 | SOUTHEAST | DEMEK | | TERRACE | |
| City | State | Zip | Country | | Address Type |
| PALM BAY | FL | 32908 | | | |

**Phones :**
(N/A) 3213380752

### Contact # 6   (WITNESS)

**Full Name :**
SHELDON MAGLIO CAMPBELL

| Drivers License | | Drivers License State | Email Address |
|---|---|---|---|
| | | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 53 | 08/05/1964 | MALE | BLACK |
| Height | Weight | Hair Color | Eye Color |
| 5'06" | | BALD | BLACK |
| Department | | Title | |
| OTHER | | IT SPECIALIST | |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| | | | | | |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

Page 4 of 20



**Case # :** 516 IR20180214-000261

| 1729 | | CREEK | | | LANE | |
|---|---|---|---|---|---|---|
| City | | State | | Zip | Country | Address Type |
| LARGO | | FL | | 33774 | | |

## Contact # 7 (WITNESS)

**Full Name**
SIDNEY H BROWN

| Drivers License | Drivers License State | Email Address |
|---|---|---|

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 56 | 12/11/1961 | MALE | |

| Department | | Title |
|---|---|---|
| | | INPATIENT |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 160 | | DAVIS | DRIVE | |
| City | State | Zip | Country | Address Type |
| SPARTANBURG | SC | 29303 | | |

**Phones :**
(N/A) 7273079269

## Contact # 8 (WITNESS)

**Full Name**
GILBERT LUNA

| Drivers License | Drivers License State | Email Address |
|---|---|---|

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 60 | 07/10/1957 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 5'10" | | BALD | |

| Department | | Title |
|---|---|---|
| | | INPATIENT |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 900 | | 70TH | STREET | 106 |
| City | State | Zip | Country | Address Type |
| SAINT PETERSBURG | FL | 33710 | | |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

 

Case # :   516 IR20180214-000261

| Phones : | | | |
|---|---|---|---|
| (N/A) 8632805054 | | | |

| Vehicle #1 (5012QP) | | | |
|---|---|---|---|
| Plate Type | Plate Number | Vehicle Make | Vehicle Style |
| TRUCK | | GENERAL MOTORS CORP | 2 DOOR VEHICLE |
| Vehicle Model | Expiration | VIN | Plate State |
| SERRIA 1500 | 06/14/2018 | | |
| Year | Vehicle Color | Owner | |
| 2000 | TAN | KENNETH WATKINS | |
| Note | | | |
| THE VEHICLE THAT STRUCK ALAN GALE ON FEBUARY 14, 2018 AT 11:59:47. | | | |

**Narrative text**

On February 14, 2018 at 1207 hours                                                      telephoned the
Bay Pines VA Police Communication Center and reported a fight in the entrance drive of Building 111 . Officer Beauchamp, Lt. Horton and I were dispatched to investigate.
Upon arriving I observed a large group of people standing on the sidewalk and under the carport. Lt. Horton and Officer Beauchamp arrived and Officer McCuller was called from the Emergency Department fixed post because of the number of victims, suspects and witnesses.

I observed a white male on the ground next to a tan GMC truck.  He would later be
                    Kenneth Watkins was awake and coherent but would not answer any of my questions . He did not appear to be bleeding anywhere. Lt. Horton was present and told Kenneth Watkins that the Fire Department is on their way and to not get up.

Officer Beauchamp spoke to Kenneth's brother Jeffery Watkins, who was standing near Kenneth Watkins. He provided Officer Beauchamp with Kenneth Watkins driver's license. As Jeffery Watkins spoke to him, Officer Beauchamp observed his pupils to be very dilated, he was shaking and had lots of white substance collecting on the corners of his mouth. Several times during the interview, Jeffery Watkins just did not make any sense as to what had happened; he would yell out several times saying "I want them arrested". However, he gave more details in his written witness statement;  Jeffery Watkins said he was cut off for a parking spot and that a large male got out of a white Dodge truck and approach his brother's truck . Kenneth was driving a Tan in-color Buick 4/door when he was cut off from attempting to park. After the altercation Kenneth drove off.  He drove around and came to where the incident originally started. It was at that time he writes he saw his brother being body slammed on the ground by a white male who was later identified as Jason Russell Palepoi Mauga.

Officer Beauchamp and I approached Residential Rehabilitation Treatment Program resident Jason Russell Palepoi Mauga and asked what happen. Mauga said while he was trying to park his white Dodge truck and saw a sedan parked next to the curb. Then he said the vehicle started to drive about 30-40 miles per hour in reverse, then the driver put the vehicle into drive and sped back to the location. It was at this time the driver of the sedan started to yell at him for taking his spot and yelled he was going to do something to Mauga truck. Mauga said Jeffery Watkins also got involved and started yelling out obscenities and was taking pictures of Mauga. Mauga said while he was walking in front of the truck with his friend Alan the vehicle tried to hit him but ended up striking his friend Alan with the front passenger's side of the truck . Mauga said he jumped out of the way and throw his drink at his truck. The truck then came to a stop and the driver exited the vehicle and came out in a hostile manner going towards Mauga and put his hand on his chest. Mauga said he grabbed Kenneth Watkins with his left arm and

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

 

Case # :  516 IR20180214-000261

pushed him to the ground.

I then spoke to Alan Wesley Gale who was also in the Dodge truck. Gale stated briefly about the Buick and truck driving in a reckless manner. He stated he told both drivers he was going to call the cops. Gale stated he was hit by the truck that was driven by Kenneth Watkins. The truck then drove to the drop-off carport of building 111. Gale stated that the driver of the truck exited the vehicle in an aggressive manner, approaching him and Mauga. Gale stated that Mauga stepped in-between him and Kenneth Watkins. At this time, Kenneth Watkins put out his hand grabbing Mauga by the chest next to his neck. Mauga then pushed him off and Kenneth Watkins fell to the ground.

I spoke to additional witnesses at the scene of the incident.
Witness (1) Gilbert Luna stated in a Voluntary Witness Statement that Mauga grabbed Kenneth Watkins and threw him to the ground.
Witness (2) Sheldon M Campbell stated in a Voluntary Witness Statement that the Kenneth Watkins pulled forward into Building 111 drop-off area and exited the his vehicle, at this time was grabbed by Mauga and thrown to the ground.
Witness (3) A.J. Cochran stated in a Voluntary Witness Statement Kenneth Watkins exited the truck and was approached by Mauga who grabbed Kenneth by the Throat and slammed him almost horizontally to the ground where Kenneth lied almost 10 minutes motionless on the ground.

Witness (4) Sidney Brown stated in a Voluntary Witness Statement that Kenneth Watkins hit Allen Gale with his truck. Sidney Brown stated that Kenneth Watkins drove to building 111 drop-off entrance exited his vehicle and approached Mauga. Kenneth Watkins then hit Mauga in the chest, At this time Mauga pushed Kenneth Watkins to the ground.

The following is CCTV footage obtained by VA Police Dispatch. A copy of the video footage was enclosed with this report. Further investigation revealed by CCTV is as follows:
The video footage obtained by VA Police dispatch shows several verbal altercations could be seen between all four subjects ; Jason Mauga, Kenneth and Jeffery Watkins and Alan Gale prior to the physical altercation between Jason Mauga and Kenneth Watkins which could not be seen on any CCTV cameras in the area.

The video footage obtained starts with Jeffery Watkins driving a Gold in color 4 door Buick pulls up to the only disabled parking spot left in parking lot 9A of Building 111. Jeffery Watkins then proceeds to back up at the same time Jason Mauga is pulling in to the parking lot. After backing up Jeffery Watkins stops about one ½ space from the disabled parking spot and sits idle. It was at this time Mauga not knowing what Jeffery Watkins was doing, drives around Jeffery Watkins and parks his White in color Dodge truck in the disabled spot.

At this time Jason Mauga and Alan Gale exit the White Dodge. It was at this time that verbal contact was made by subjects Jason Mauga, Alan Gale and Jeffery Watkins. After the verbal contact ended, Jeffery Watkins exits the parking lot and made contact with an individual later to identified as Kenneth Watkins in a gold extended cab pickup. At that time Mauga and Gale were still by Mauga's white pickup when Jeffery Watkins and Kenneth Watkins both pull back up side by side in the vehicles they are driving and made contact once again with Mauga and Gale in a verbal altercation. During the verbal altercation Jeffery Watkins exits the parking lot onto Bill Young Blvd. in the gold 4 door Buick and parks by the Community Living Center.

Kenneth Watkins remains in the parking lot continuing contact with Mauga and Alan. After the verbal altercation is over Kenneth Watkins exits the parking lot onto Bill Young Blvd. and stops adjacent to Mauga's White Dodge. At this time, a third altercation starts between Kenneth Watkins, Mauga and Gale. Kenneth Watkins stopped in the street and another verbal altercation continues Mauga and Gail at this time proceed to take pictures of the gold pickups tag.

After that verbal altercation Kenneth Watkins once again drives back into the parking lot making contact with Mauga and Gale who at this time are still standing by the White Dodge pickup. Once again another verbal altercation starts. Kenneth Watkins

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

 

Case # :  516 IR20180214-000261

at one point opens the door of his gold pickup; At this time, Mauga walks up to the vehicle. It is unclear in the video that a cell phone is taken however it was reported by Kenneth Watkins that his cell phone was taken from his hand by Mauga. While Mauga and Kenneth Watkins are in a verbal altercation Gale proceeds to step in-between the two on them and break the verbal altercation up. At that time, Kenneth Watkins closes his door and Mauga is still beside the vehicle. Gale proceeded to walk towards Building 111 in front of Kenneth Watkins vehicle.

This video shows at 11:59:47 that Gale was struck by Kenneth Watkins's Gold pickup. This incident coincides with Gale's witness statement in closed with this report.

At this time, Kenneth Watkins drives forward leaving the camera view towards the to the drop-off point of Building 111.

At this time, there is no more video footage of the continued altercations between the subjects in question. The remaining altercations are based on witness statements and injuries obtained by Kenneth Watkins through a physical altercation between him and Mauga.

At this time the police investigation has determined this incident appears to be a mutual combat incident where all four contacts bear some fault. The investigators interviewed multiple corroborating witnesses whose statements substantiate both sides of the incident. With the conflicting statements and lack of video evidence of the entire incident no charges will be filed at this time against Jason Mauga, Alan Gale or Jeffery Watkins. This case has will be forwarded to Detective Lange for his review in reference Kenneth Watkins striking Alan Gales with the vehicle.

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1106 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 02/28/2018 1427 |

 

**Case # :** 516 IR20180214-000261_1



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**516 - C.W. BILL YOUNG VAMC - BAY PINES**
**10000 BAY PINES BLVD**
**BAY PINES, FL, 33744**

Follow Up

Reported By:   MCKENNEY, MICHAEL A

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **516 IR20180214-000261** |
| Report Recorder | Report Disposition |
| **MCKENNEY, MICHAEL A** | **CLOSED** |
| Related Number | Tracking Number |
| | **313741** |

| Follow Up Information |
|---|
| Synopsis |
| VA Police were dispatched to Building 101 CLC to speak with victim about written a witness statement based on the altercation with suspect. After speaking with victim he decide it would be best not to make a statement and contact his attorney. |

| List of contacts in this report | |
|---|---|
| MAUGA, JASON | SUSPECT |
| GALE, ALAN | VICTIM |
| WATKINS, KENNETH | VICTIM |

| Contact # 1   (SUSPECT) | | | |
|---|---|---|---|
| Full Name | | | |
| **JASON RUSSELL MAUGA** | | | |
| Drivers License | Drivers License State | Email Address | |
| | **FL** | | |
| Age | Date of Birth | Gender | Race |
| **47** | **01/05/1971** | **MALE** | **OTHER** |
| Height | Weight | Hair Color | Eye Color |
| **5'10"** | | **BALD** | |
| Department | | Title | |
| | | **INPATIENT** | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| **345** | | **SEABREEZE** | | **DRIVE** | |
| City | State | Zip | Country | | Address Type |
| **INDIALANTIC** | **FL** | **32903** | | | |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1513 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

 

**Case # :** 516 IR20180214-000261_1

| Phones : |
|---|
| (N/A) 9165214556 |

## Contact # 2   (VICTIM)

| Full Name |
|---|
| KENNETH MARK WATKINS |

| Drivers License | Drivers License State | Email Address |
|---|---|---|
| | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 54 | 06/14/1963 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 5'09" | | BROWN | |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 55-64 | | | |

| Department | | Title |
|---|---|---|
| OTHER | | OUT-PATIENT |

| Notes |
|---|
| SEE INVESTIGATIONS |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
|---|---|---|---|---|---|
| 5515 | | 48TH | | AVENUE | |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| KENNETH CITY | FL | 33709 | | |

## Contact # 3   (VICTIM)

| Full Name |
|---|
| ALAN WESLEY GALE |

| Drivers License | Drivers License State | Email Address |
|---|---|---|
| | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 32 | 04/28/1985 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 6'04" | | BROWN | |

| Department | | Title |
|---|---|---|
| | | VETERAN |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| | | | | |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1513 |

| Signature | Reviewed By/Date |
|---|---|
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

Case # :   516 IR20180214-000261 1

| 834 | SOUTHEAST | DEMEK | | TERRACE | |
|---|---|---|---|---|---|
| City | | State | Zip | Country | Address Type |
| PALM BAY | | FL | 32908 | | |
| Phones : | | | | | |
| (N/A) 3213380752 | | | | | |

**Narrative text**

  On February 20, 2018 at 1100 hours I was dispatched to Building 101 CLC to speak with Kenneth Watkins about writing a witness statement based on the altercation with Jason Mauga. Kenneth Watkins asked me about obtaining video footage. I informed Watkins that I did not have any video footage of the altercation with Mauga, however I did share with him verbally the video footage of him bumping Alan Gale with his truck. After sharing this information with Watkins, he decide it would be best not to make a statement and contact his attorney.

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1513 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

Case # :  **516 IR20180214-000261 .2**



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**516 - C.W. BILL YOUNG VAMC - BAY PINES**
**10000 BAY PINES BLVD**
**BAY PINES, FL, 33744**

Follow Up

Reported By:   MCKENNEY, MICHAEL A

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **516 IR20180214-000261** |
| Report Recorder | Report Disposition |
| **MCKENNEY, MICHAEL A** | **CLOSED** |
| Related Number | Tracking Number |
| | **313741** |

| Follow Up Information |
|---|
| Synopsis |

I spoke with the victim who wanted to inform me that he had to go to his personal doctor about back problems as a result of the physical contact when the suspect struck him with his vehicle.

| List of contacts in this report | |
|---|---|
| WATKINS, KENNETH | SUSPECT |
| GALE, ALAN | VICTIM |

| Contact # 1   (SUSPECT) | | | |
|---|---|---|---|
| Full Name | | | |
| **KENNETH MARK WATKINS** | | | |
| Drivers License | | Drivers License State | Email Address |
| | | | |
| Age | Date of Birth | Gender | Race |
| **54** | **06/14/1963** | **MALE** | **WHITE** |
| Height | Weight | Hair Color | Eye Color |
| **5'09"** | | **BROWN** | |
| Approx. Age | Demeanor | Build | Clothing |
| **55-64** | | | |
| Department | | | Title |
| **OTHER** | | | **OUT-PATIENT** |
| Notes | | | |
| **SEE INVESTIGATIONS** | | | |

| Addresses | | | | |
|---|---|---|---|---|
| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1501 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

Case # :   516 IR20180214-000261 2

| 5515 | 48TH | | AVENUE | |
|---|---|---|---|---|
| City | State | Zip | Country | Address Type |
| KENNETH CITY | FL | 33709 | | |

### Contact # 2 (VICTIM)

Full Name:
ALAN WESLEY GALE

| Drivers License | Drivers License State | Email Address | |
|---|---|---|---|

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 32 | 04/28/1985 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 6'04" | | BROWN | |

| Department | | Title | |
|---|---|---|---|
| | | VETERAN | |

### Addresses

| Street Number | Street Direction | Street Name | | Street Type | Apt/Suite |
|---|---|---|---|---|---|
| 834 | SOUTHEAST | DEMEK | | TERRACE | |
| City | State | Zip | Country | | Address Type |
| PALM BAY | FL | 32908 | | | |

### Phones :

(N/A) 3213380752

**Narrative text**

  On February 20, 2018 I spoke with Alan Gale who wanted to inform me that he had to go to his personal doctor about back problems as a result of the physical contact when  Kenneth Watkins struck him with his vehicle .
The dates of these appointments are as follows:
February 15, 2018
February 16, 2018

| Prepared By: | | | Submitted Date |
|---|---|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | | | 02/28/2018 1501 |
| Signature | | Reviewed By/Date | |
| | | MORALES-ARROYO, MANUEL 03/01/2018 1208 | |

 

Case # :  **516 IR20180214-000261_3**



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**516 - C.W. BILL YOUNG VAMC - BAY PINES**
**10000 BAY PINES BLVD**
**BAY PINES, FL, 33744**

Follow Up

Reported By:  **MCKENNEY, MICHAEL A**

| Parent Report Information | |
|---|---|
| **Report Type** | **Reference Number** |
| Incident Report | 516 IR20180214-000261 |
| **Report Recorder** | **Report Disposition** |
| MCKENNEY, MICHAEL A | CLOSED |
| **Related Number** | **Tracking Number** |
| | 313741 |

**Follow Up Information**

**Synopsis**
I met with victim who wanted to make additional statements of the events that took place in regards to the altercation at building 111.

| List of contacts in this report | |
|---|---|
| MAUGA, JASON | SUSPECT |
| WATKINS, KENNETH | SUSPECT |
| GALE, ALAN | VICTIM |

**Contact # 1   (SUSPECT)**

| Full Name | | | |
|---|---|---|---|
| JASON RUSSELL MAUGA | | | |

| Drivers License | Drivers License State | Email Address | |
|---|---|---|---|
| | | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 47 | 01/05/1971 | MALE | OTHER |
| **Height** | **Weight** | **Hair Color** | **Eye Color** |
| 5'10" | | BALD | |
| **Department** | | | **Title** |
| | | | INPATIENT |

| Addresses | | | | | |
|---|---|---|---|---|---|
| **Street Number** | **Street Direction** | **Street Name** | | **Street Type** | **Apt/Suite** |
| 345 | | SEABREEZE | | DRIVE | |
| **City** | **State** | **Zip** | **Country** | | **Address Type** |
| INDIALANTIC | FL | 32903 | | | |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1526 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

Case # :    516 IR20180214-000261 3

| Phones : |
|---|
| (N/A) 9165214556 |

### Contact # 2   (SUSPECT)

| Full Name |
|---|
| KENNETH MARK WATKINS |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 54 | 06/14/1963 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 5'09" | | BROWN | |

| Approx. Age | Demeanor | Build | Clothing |
|---|---|---|---|
| 55-64 | | | |

| Department | Title |
|---|---|
| OTHER | OUT-PATIENT |

| Notes |
|---|
| SEE INVESTIGATIONS |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| 5515 | | 48TH | AVENUE | |

| City | State | Zip | Country | Address Type |
|---|---|---|---|---|
| KENNETH CITY | FL | 33709 | | |

### Contact # 3   (VICTIM)

| Full Name |
|---|
| ALAN WESLEY GALE |

| Drivers License | Drivers LicenseState | Email Address |
|---|---|---|
| | | |

| Age | Date of Birth | Gender | Race |
|---|---|---|---|
| 32 | 04/28/1985 | MALE | WHITE |

| Height | Weight | Hair Color | Eye Color |
|---|---|---|---|
| 6'04" | | BROWN | |

| Department | Title |
|---|---|
| | VETERAN |

### Addresses

| Street Number | Street Direction | Street Name | Street Type | Apt./Suite |
|---|---|---|---|---|
| | | | | |

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1526 |

| Signature | Reviewed By/Date |
|---|---|
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

Case # :   516 IR20180214-000261_3

| 834 | SOUTHEAST | DEMEK | | | TERRACE | |
|---|---|---|---|---|---|---|
| City | | State | Zip | Country | | Address Type |
| PALM BAY | | FL | 32908 | | | |
| Phones : | | | | | | |
| (N/A) 3213380752 | | | | | | |

**Narrative text**

On February 15, 2018 I met with Alan Gale who stated to me, that when the Tan GMC truck driven by Kenneth Watkins parked in the loading/unloading area of Building 111, Kenneth Watkins exited the vehicle in an aggressive manner. Gale states at that time Kenneth Watkins reached in the vehicle and then approaches Gale . At that time Jason Mauga steps in-between Gale and Kenneth Watkins. Alan states at this time Kenneth Watkins grabbed Jason Mauga under the neck area . At that time Jason Mauga pushes Kenneth Watkins off him, causing Kenneth Watkins to fall to the ground.

| Prepared By: | Submitted Date |
|---|---|
| MCKENNEY, MICHAEL A(MICHAEL.MCKENNEY@VA.GOV) | 02/28/2018 1526 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/01/2018 1208 |

Case # :   516 IR20180214-000261 4



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**516 - C.W. BILL YOUNG VAMC - BAY PINES**
**10000 BAY PINES BLVD**
**BAY PINES, FL, 33744**

Follow Up

Reported By:   LANGE, GARY

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| Incident Report | 516 IR20180214-000261 |
| Report Recorder | Report Disposition |
| MCKENNEY, MICHAEL A | CLOSED |
| Related Number | Tracking Number |
| | 313741 |

| Follow Up Information |
|---|
| Synopsis |

A follow-up was completed reference the aggravated battery against the victim. The victim came to building 11 to clarify his original statement. The victim requests to prosecute for the aggravated battery.

| List of contacts in this report |
|---|
| GALE, ALAN          VICTIM |

| Contact # 1   (VICTIM) | | | |
|---|---|---|---|
| Full Name | | | |
| ALAN WESLEY GALE | | | |
| Drivers License | Drivers License State | Email Address | |
| | | | |
| Age | Date of Birth | Gender | Race |
| 32 | 04/28/1985 | MALE | WHITE |
| Height | Weight | Hair Color | Eye Color |
| 6'04" | | BROWN | |
| Department | | Title | |
| | | VETERAN | |

| Addresses | | | | | |
|---|---|---|---|---|---|
| Street Number | Street Direction | Street Name | | Street Type | Apt./Suite |
| 834 | SOUTHEAST | DEMEK | | TERRACE | |
| City | | State | Zip | Country | Address Type |
| PALM BAY | | FL | 32908 | | |

| Phones : |
|---|

| Prepared By: | Submitted Date |
|---|---|
| LANGE, GARY(GARY.LANGE@VA.GOV) | 03/01/2018 1610 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/02/2018 0906 |

Page 1 of 20

 

Case # :   5161R20180214-000261_4

(N/A) 3213380752

| Property #1 (EVIDENCE) | | |
|---|---|---|
| Property Reference # | Property Type | Property Category |
| | OTHER | EVIDENCE |
| Property Disposition | Barcode Number | |
| IN CUSTODY | 100000024273 | |
| Property Description | Property Location | |
| 1 MEMOREX DVD+R COMPACT DISC | | |
| Brand | Model | Serial Number |
| MEMOREX | 16X 4.7GB 120 MINUTE | |
| Approximate Size | Property Color | Owner |
| | SILVER | |
| Approximate Value | Quantity | Total |
| $0.00 | 1 | |
| Note | | |
| Video Surveillance. | | |

**Narrative text**

On Wednesday, February 23, 2018, the victim, Alan Gale, came to building 11, to retrieve property from a non-related case. Gale was the victim in a aggravated battery, which occurred on February 14, 2018. Gale requested to speak with me regarding the event on February 14, 2018.

I sat him down in the conference room in Building 11 and re-interviewed him. Gale was upset because he believed that the driver of the pick-up truck, identified as Kenneth Watkins, deliberately and maliciously struck him with his white truck. Gale reiterated that he and Jason Mauga, where parking Mauga's truck in the handicap parking spot in front of building 111.

Gale said Mauga began a verbal argument with Jeffery Watkins and Kenneth Watkins about Jeffery and Kenneth 's driving around the parking lot in a reckless manner. Mauga, Jeffery and Kenneth began to have a verbal argument. Gale was attempting to de-escalate the confrontation. Gale approached the truck, driven by Kenneth and attempted place himself between Mauga and Kenneth. Kenneth was still in the driver seat and had control of the truck.

Mauga walked around the front of the truck and Gale followed. As Gale was walking in front of the truck, Kenneth did intentionally touch or strike Gale, against his will, causing injury to his back. Kenneth used the truck as a deadly weapon. Gale was struck by the pick-up truck with a slow low impact. Gale was not forced to the ground but stated he did injure his back due to being struck by the motor vehicle. This incident was caught on video surveillance. A copy of the video surveillance was placed into property as evidence.

Once Gale was struck by the truck, Kenneth drove the truck to a nearby parking spot and exited the vehicle. A verbal argument ensued with Gale and Watkins. Mauga intervened and stepped between Gale and Kenneth. Mauga placed his hand on Kenneth and pushed Kenneth away. When Kenneth was pushed, Kenneth tripped and landed on the ground injuring his hand.

| Prepared By: | | Submitted Date |
|---|---|---|
| LANGE, GARY(GARY.LANGE@VA.GOV) | | 03/01/2018 1610 |
| Signature | | Reviewed By/Date |
| | | MORALES-ARROYO, MANUEL 03/02/2018 0906 |

 

Case # :     516 1R20180214-000261 4

Gale provided a written statement of the incident. Several other witness came forward and provided written statement (See Officer McKenney's Original report for further information). Gale requests prosecution for being struck with the vehicle.

The On-Duty Assistant US Attorney (AUSA) was called on 02/28/2018 and 03/01/2018. Voicemail were left both times for a return call.

Due to the On-Duty AUSA not returning the phone call, this case will be forwarded to the Florida State's Attorney for prosecution. Watkins is being charged with Florida State Statute 784.045 Aggravated Battery with a Motor Vehicle (Felony). A non-arrest felony investigation was set with the State's Attorney at the Pinellas County Sheriff's Office, 10750 Ulmerton Road, Largo, FL, 33778 at 1300 hours, March 15, 2018.

Based on the video surveillance, the independent eye witness testimonies and the testimony of the victim, Watkins did commit the offense of aggravated battery. Watkins did intentionally strike Gale with his motor vehicle (a deadly weapon) against his will causing injury to Gale.

A 3524 evidence form and 3524A was completed and the evidence was placed into temporary evidence locker number 1.

Attachment (1): (1) victim witness statement.

| Prepared By: | Submitted Date |
|---|---|
| LANGE, GARY(GARY.LANGE@VA.GOV) | 03/01/2018 1610 |
| Signature | Reviewed By/Date |
| | MORALES-ARROYO, MANUEL 03/02/2018 0906 |

Case # :   516 IR20180214-000261 5



**DEPARTMENT OF VETERANS AFFAIRS POLICE**
**516 - C.W. BILL YOUNG VAMC - BAY PINES**
**10000 BAY PINES BLVD**
**BAY PINES, FL. 33744**

Follow Up

Reported By:   **LINGENFELTER, CARL**

| Parent Report Information | |
|---|---|
| Report Type | Reference Number |
| **Incident Report** | **516 IR20180214-000261** |
| Report Recorder | Report Disposition |
| **MCKENNEY, MICHAEL A** | **CLOSED** |
| Related Number | Tracking Number |
| | **313741** |

| Follow Up Information |
|---|
| Synopsis |
| Item described on VA Form 3524 for this investigation was placed in Evidence Depository. |

> **Narrative text**
>
> Veterans Affairs Police Evidence Custodian removed item placed in temporary evidence locker for this investigation and secured same in evidence depository under record number 2018-028. Appropriate documentation completed on VA Form 3524 and evidence log book.

| Prepared By: | Submitted Date |
|---|---|
| LINGENFELTER, CARL(CARL.LINGENFELTER@VA.GOV) | 03/04/2018 1702 |
| Signature | Reviewed By/Date |
| | AVILA, EDWARD 03/05/2018 1558 |